Glenn E. Barger, OSB # 972060
Barger Law Group PC
5005 Meadows Road, Suite 130
Lake Oswego, OR  97035
Telephone:  503-303-4099
Facsimile:  503-303-4079
gbarger@bargerlawgrouppc.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KIMBERLY TRENT,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company, and LEAH HUFFMAN,<br><br>        Defendants. | Case No. 6:17-CV-1906<br><br>DEFENDANT LEAH HUFFMAN'S ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant Leah Huffman ("Defendant"), by and through one of her attorneys of record, hereby admits, denies and answers Plaintiff's Complaint as follows:

**I. PARTIES, JURISDICTION & VENUE**

1.

Defendant admits paragraph 1.1 of Plaintiff's Complaint.

2.

Defendant lacks knowledge sufficient to admit or deny paragraph 1.2 of Plaintiff's Complaint and therefore denies.

Page 1 – DEFENDANT HUFFMAN'S ANSWER TO PLAINTIFF'S COMPLAINT    12211214

3.

Defendant admits paragraphs 1.3 through 1.5 of Plaintiff's Complaint

## II. FACTS

4.

Defendant admits that on September 5, 2016, Plaintiff Kimberly Trent was traveling southbound on Interstate 5 in Woodburn, Oregon in a 2007 Chevrolet HHR. Defendant lacks knowledge sufficient to admit or deny the remaining allegations contained in paragraph 2.1 of Plaintiff's Complaint, and the same are therefore denied.

5.

Defendant admits that a collision occurred between Plaintiff's vehicle and Defendant's vehicle near Exit 271. The remaining allegations contained in paragraph 2.2 of Plaintiff's Complaint are denied.

6.

Defendant denies paragraphs 2.3 and 2.4 of Plaintiff's Complaint.

## III. PLAINTIFF'S NEGLIGENCE CLAIM AGAINST DEFENDANT HUFFMAN

7.

Defendant denies paragraph 3.1 (including the discrete sub-paragraphs a through e contained therein) and paragraph 3.2 of Plaintiff's Complaint.

## IV. PLAINTIFF'S CLAIMS AGAINST CO-DEFENDANT GENERAL MOTORS LLC

8.

The allegations contained in paragraphs 4.1 through 4.6 of Plaintiff's Complaint are directed toward co-Defendant General Motors LLC, and require no answer from Defendant. To the extent an answer is required, Defendant denies.

Page 2 – DEFENDANT HUFFMAN'S ANSWER TO PLAINTIFF'S COMPLAINT   12211214

BARGER LAW GROUP PC.
5005 Meadows Road, Suite 130
Lake Oswego, Oregon 97035
Telephone: 503-303-4099
Facsimile: 503-303-4079

9.

Except as expressly admitted herein, Defendant denies each and every remaining allegation contained in Plaintiff's Complaint.

WHEREFORE, Defendant Leah Huffman prays for judgment in her favor against Plaintiff, for her costs and disbursements incurred herein, and for such other relief as this Court deems equitable, just and proper.

Dated this ___ day of March, 2020.

BARGER LAW GROUP PC

By: _____
Glenn E. Barger, OSB #972060
email: gbarger@bargerlawgrouppc.com
Of Attorneys for Defendant Huffman

**Defendant hereby demands a trial by jury.**

Page 3 – DEFENDANT HUFFMAN'S ANSWER TO PLAINTIFF'S COMPLAINT   12211214

BARGER LAW GROUP PC.
5005 Meadows Road, Suite 130
Lake Oswego, Oregon 97035
Telephone: 503-303-4099
Facsimile: 503-303-4079

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT LEAH HUFFMAN'S ANSWER TO PLAINTIFF'S COMPLAINT on

:

Joseph A. Grube  
Breneman Grube Orehoski, PLLC  
1200 Fifth Ave., Suite 625  
Seattle, WA 98101  
    Fax: 206-770-7607  
    Of Attorneys for Plaintiff

Anne M. Talcott  
Schwabe, Williamson & Wyatt  
1211 SW 5th Avenue, Suite 1600  
Portland, OR 97204  
    Fax: 503-796-2900  
    Of Attorneys for Defendant General Motors

by the following indicated method or methods:

__X__ by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Lake Oswego, Oregon, on the date set forth below.

_____ by causing a full, true and correct copy thereof to be hand-delivered to the attorney at the attorney's last-known office address listed above on the date set forth below.

_____ by sending a full, true and correct copy thereof via overnight courier in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

_____ by faxing a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached confirmation report.

_____ electronic transmission to the electronic mail (email) address of a party who has consented to electronic service under UTCR 21.100(1).

    DATED this _____ day of March, 2020.

_____  
Glenn E. Barger, OSB #972060  
email: gbarger@bargerlawgrouppc.com  
Of Attorneys for Defendant

Page 1 – CERTIFICATE OF SERVICE      12211214