**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| KIMBERLY TRENT,<br><br>Plaintiff,<br><br>v.<br><br>LEAH HUFFMAN,<br><br>Defendant. | **CASE NO. 6:17-cv-01906-MK**<br><br>**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT** |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party? **Yes. The parties have had settlement discussions.**

2. The parties propose: (*check one of the following*):

    ☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☒ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (See LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

    **Although settlement discussions between the parties appear at an impasse, counsel for the parties believes a judge or magistrate may be able to bridge the gap.**

    ☐ (c) ADR may be helpful at a later date following completion of:

JOINT ADR REPORT                                                                                        Page **1** of **2**

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)  Other:

_____

_____

DATED 12th day of September 2022.

                                                 */s/ Joseph A. Grube*  
                                                 JOSEPH A. GRUBE  
                                                 Attorney for Plaintiff

                                               */s/ Glenn E. Barger*  
                                                 Glenn E. Barger  
                                                 Attorney for Defendant