**Joseph A. Grube**, OSB #962976
joe@go-trial.com
Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 1711
Seattle, WA 98101
Tel: 206.624.5975/ Fax: 206.770.7607
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| KIMBERLY TRENT,<br><br>Plaintiff,<br><br>v.<br><br>LEAH HUFFMAN,<br><br>Defendant. | **CASE NO. 6:17-cv-01906-MC**<br><br>**PLAINTIFF'S WITNESS STATEMENTS** |

Plaintiff Kimberly Trent, by and through her attorneys Joseph Grube and Karen Orehoski, submit the following Lay Witness Statements and Expert Witness Statements.

**1. Kimberly Trent (2 hours for direct examination)**

Kimberly Trent is the plaintiff in this case and is expected to testify consistent with her deposition testimony. She will testify that she was slowing down in traffic on I-5 when she was rear ended by the vehicle driven by Defendant. She will testify about the forces of the crash on her body. She is expected to testify about the injuries she sustained to her brain, head, neck and shoulder, the medical and neuropsychological treatment she received, her inability to work and the income loss she has sustained as a result of the crash. She will

PLAINTIFF'S WITNESS STATEMENTS

testify that prior to the crash she was functioning at a high level at work and was not experiencing cognitive disability.

She is expected to testify about the pain and suffering, emotional distress, and disability she has suffered as a result of the Defendant's negligence, including the emotional and financial strain her disabilities have put on herself and her family.

**2. Anne Marie Trent (1 hour for direct examination)**

Anne Marie Trent is Ms. Trent's daughter. She was in the same vehicle as her mother when it was struck by the Defendant's vehicle. She is expected to testify about the forces of the crash she personally experienced, and her observations of those forces on her mother's body. She is expected to testify that her mother's head snapped backwards into the headrest and then moved forward hitting the steering wheel during the collision. She is expected to testify about her observations of her mother's physical, mental, and psychological condition, and the detrimental changes she has seen in her mother following the crash. She is expected to testify that her mother has exhibited drastic personality and cognitive behavioral changes since the collision.

**3. Rachel Halley (1 hour for direct examination)**

Rachel Halley is a schoolteacher in Richland Washington. She is Ms. Trent's lifelong friend. She was in a different vehicle on the same exit ramp when the crash occurred. She is expected to testify that she heard the crash. She is expected to testify to her observations at the accident scene, including her observations of Ms. Trent and the Defendant.

Ms. Halley is expected to testify to her observations of Ms. Trent's physical, mental, and psychological condition, and the detrimental changes she has seen in her friend

following the crash. She is expected to testify that her friend has exhibited drastic physical personality and cognitive behavioral changes since the collision. She is expected to testify about the ways in which she helps Ms. Trent perform routine tasks of daily living because she is now unable to do those things for herself.

**4.  Janice Ford (1 hour for direct examination)**

Janice Ford the Ms. Trent's mother. She is expected to testify about her observations of her daughter's physical, mental, and psychological condition, and the detrimental changes she has seen in her daughter following the crash. She is expected to testify that her daughter has exhibited drastic physical emotional, personality and cognitive behavioral changes since the collision. She is expected to testify about the ways in which she helps Ms. Trent perform routine tasks of daily living because Ms. Trent is now unable to do those things for herself.

**5.  Jessica Knigge (45 minutes for direct examination)**

Jessica Knigge is a WTP Project Document Control Supervisor for Bechtel Corporation, Ms. Trent's former employer.[1] Ms. Knigge will be testifying using contemporaneous remote communication.

Ms. Knigge was Ms. Trent's supervisor at the time of the crash. She is expected to testify about the job requirements as a document control specialist (Ms. Trent's job) for the Hanford waste treatment project, including its demand for attention to detail and high functioning cognitive skills. She is expected to testify that prior to the crash Ms. Trent consistently met or exceeded expectations, was never disciplined, and was a good employee. She is expected to testify that Ms. Trent was consistently promoted within the company, and was a substantial contributing member to her team, as well as the overall organization,

---

[1] The WTP is the Hanford Waste Treatment and Immobilization Plant

including volunteering for committees and projects. She is also expected to testify as to the technical training Ms. Trent successfully completed at Bechtel, as well as her compensation which was previously disclosed during discovery.

Ms. Knigge is expected to testify that following the collision - and following Ms. Trent's initial return from her medical leave of absence - Ms. Trent struggled to perform the same tasks she had previously excelled at. She required repeated retraining and was ultimately not able to perform the key responsibilities of her job. She is expected to testify that Ms. Trent was ultimately terminated because she had exhausted any and all possible leave or accommodation the company was able to provide her.

**6. Paula Smith (30 minutes for direct examination)**

Paula Smith is a senior HR representative for Bechtel in Richland, Washington. Ms. Smith will be testifying using contemporaneous remote communication. Ms. Smith was Ms. Trent's HR supervisor during her employment at Bechtel. She is expected to testify about Ms. Trent's compensation and benefits while she was employed at Bechtel. She is only expected to testify should the relevance or admissibility of various documents be at issue - including Plaintiff's proposed Exhibits 11 through 22 - and/or if the reason for Ms. Trent's termination from Bechtel is disputed.

**7. Adam Miller (30 minutes for direct examination)**

Adam Miller is a trooper with the Oregon State Patrol. He was one of the troopers who arrived at the scene of the collision. He is expected to testify consistent with his Oregon Police Traffic Crash Report (Plaintiff's proposed Exhibit 6) as well as photographs he took at the scene. Specifically, he is expected to testify about his observation of the crash scene, his observations of Ms. Trent's injuries, statements made to him by the parties involved in

the crash regarding the cause of the crash and the relative location of and damage observed to the vehicles.

**8.  Karen Stanek, M.D., Ph.D (90 minutes for direct examination)**

Dr. Stanek is a Spokane, Washington based medical doctor licensed to practice in the State of Washington. She is board certified. She is experienced in diagnosing and treating traumatic brain injuries in both inpatient and outpatient settings. A copy of her CV is attached.

Dr. Stanek is one of Ms. Trent's treating physicians for brain injury. Dr. Stanek is expected to testify consistent with her medical records, as well as her September 25, 2022, letter written in response to Defendant's retained expert's reports, which has previously been disclosed. Dr. Stanek is expected to testify that Ms. Trent's brain injury and ongoing symptoms were caused by the September 2016 crash. She is expected to testify to her observations of Ms. Trent's symptoms and her review of Ms. Trent's medical records in the ordinary course of her treatment. She is expected to testify that Ms. Trent's symptoms and disability are consistent with the type of brain injury Ms. Trent suffered. She is expected to testify about the reasonableness and necessity of medical treatment Ms. Trent has received to date, the necessity for Ms. Trent's future treatment, medical causation, disability, and Ms. Trent's prognosis for the future.

She is expected to rebut the disclosed opinions of Defendant's expert.

**9.  Michael Turner, M.D. (1 hour for direct examination)**

Dr. Turner is a Richland, Washington based medical doctor, licensed to practice in the State of Washington. He is board certified. Dr. Turner will be testifying using contemporaneous remote communication. He is experienced in diagnosing and treating

traumatic brain injuries in both inpatient and outpatient settings. A copy of his CV is attached.

Dr. Turner is one of Ms. Trent's treating physicians for brain injury. Dr. Turner is expected to testify consistent with his medical records. Dr. Turner is expected to testify that Ms. Trent's brain injury and ongoing symptoms were caused by the September 2016 crash. He is expected to testify about his observations of Ms. Trent's symptoms and his review of Ms. Trent's medical records in the ordinary course of his treatment. He is expected to testify that Ms. Trent's symptoms and disability are consistent with the type of brain injury Ms. Trent suffered. He is expected to testify about the reasonableness and necessity of medical treatment Ms. Trent has received to date, the necessity for Ms. Trent's future treatment, medical causation, disability, and Ms. Trent's prognosis for the future.

**10. Serena Williams, ARNP (30 minutes for direct examination)**

Advanced Nurse Practitioner Williams is a Richland, Washington Nurse Practitioner, licensed to practice in the State of Washington. She will be testifying using contemporaneous remote communication.

Advanced Nurse Practitioner Williams is one of Ms. Trent's treating health care providers. Advanced Nurse Practitioner Williams is expected to testify consistent with her medical records. She is expected to testify that Ms. Trent's brain injury and ongoing symptoms were caused by the September 2016 crash. She is expected to testify about her observations of Ms. Trent's symptoms and her review of Ms. Trent's medical records in the ordinary course of her treatment. She is expected to testify that Ms. Trent's symptoms and disability are consistent with the type of brain injury Ms. Trent suffered. She is expected to testify about the reasonableness and necessity of medical treatment Ms. Trent has received to

date, the necessity for Ms. Trent's future treatment, medical causation, disability, and Ms. Trent's prognosis for the future.

DATED this 3rd day of March 2022.

**GRUBE OREHOSKI, PLLC**

By: */s/ Joseph A. Grube*
Joseph A. Grube OSB #962976
Karen Orehoski, *admitted pro hac vice*
joe@go-trial.com
karen@go-trial.com
Attorneys for Plaintiff Kimberly Trent