**Joseph A. Grube**, OSB #962976
**Karen Orehoski,** *admitted pro hac vice*
joe@go-trial.com
karen@go-trial.com
Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 1711
Seattle, WA 98101
Tel: 206.624.5975/ Fax: 206.770.7607
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

KIMBERLY TRENT,

          Plaintiff,

v.

LEAH HUFFMAN,

          Defendant.

**CASE NO. 6:17-cv-01906-MC**

**PLAINTIFF'S PROPOSED VERDICT FORM**

    Plaintiff Kimberly Trent submits the following proposed verdict form.

## SPECIAL VERDICT—
## FAULT/NEGLIGENCE, CAUSATION, DAMAGES

We, the jury, find:

1.      Was the defendant negligent in one or more of the ways the plaintiff claims?

      ANSWER:     _(Yes or No)_

If "yes," go to question 2.

If "no," your verdict is for the defendant. Do not answer any more questions. Your presiding juror must sign this verdict form.

2.      Was the defendant's negligence a cause of damages to the plaintiff?

      ANSWER:     _(Yes or No)_

If "yes," go to question 3.

If "no," your verdict is for the defendant. Do not answer any more questions. Your presiding juror must sign this verdict form.

3.      What are the plaintiff's damages?

ANSWER:    Economic Damages     $_____.

                  Noneconomic Damages   $_____.

DATED: _____, 20____.


_____
Presiding Juror

**UCJI No. 90.03A**

PLAINTIFF'S PROPOSED
VERDICT FORM

DATED this 13th day of March 2022.

**GRUBE OREHOSKI, PLLC**

By: */s/ Joseph A. Grube*
Joseph A. Grube OSB #962976
Karen Orehoski, *admitted pro hac vice*
joe@go-trial.com
karen@go-trial.com
Attorneys for Plaintiff Kimberly Trent