UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KIMBERLY TRENT,

                Plaintiff,

    v.                              Case No.:    6:17-CV-01906-MC

LEAH HUFFMAN                   CLERK'S LIST OF WITNESSES AND EXHIBITS

                Defendants.

Judge:        Michael J. McShane

Counsel for Plaintiff:    Joseph Andrew Grube and Karen Orehoski

Counsel for Defendant:    Glenn E. Barger

Courtroom Deputy:    Charlene Pew

Court Reporter:    Kendra Steppler

Dates of Trial:    April 10, 2023

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | | | |
| 001 | | | W/D | Woodburn Ambulance Records | | |
| 002 | | | A | Salem Hospital Medical Records | Wicher | |
| 003 | X | X<br><br>X | A | Selected Kadlec Medical Records | Stanek<br>Turner<br>Wicher | |
| a | X | X | A | Initial Records [9/16/2016-12/5/2016] | Stanek<br>Turner | |
| b | X | | A | Speech Therapy – Initial Plan of Care, Michael Turner, M.D. [11/16/2016] | Turner | |
| c | X | | A | Note from Michael Turner, M.D. [11/16/2016] | Turner | |

| d | X |   | A | Occupational Therapy – Initial Plan of Care Michael Turner, M.D. [11/30/2016] | Turner |   |
| e | X |   | A | Progress Note Michael Turner, M.D. [03/06/2017]] | Turner |   |
| f | X |   | A | Occupational Therapy – Updated Plan of Care Michael Turner, M.D. [03/22/2017] | Turner |   |
| g | X |   | A | Progress Note Michael Turner, M.D. [05/31/2017] | Turner |   |
| h | X |   | A | Telephone Encounter Jessica Rodriguez, MA [7/24/2018] | Turner |   |
| i | X |   | A | Telephone Encounter Christina Wolf, CMA [07/25/2018] | Turner |   |
| j | X |   | A | Telephone Encounter Serena Williams, RNP [07/24/2018] | Turner |   |
| k | X |   | A | Progress Note Serena Williams, ARNP [07/26/2018] | Williams |   |
| l | X |   | A | Progress Note Serena Williams, ARNP [08/13/2018] | Williams |   |
| m | X |   | A | Patient Instructions Serena Williams, ARNP [08/09/2018] | Williams |   |
| n | X |   | A | Progress Note Serena Williams, ARNP [08/31/2018] | Williams |   |
| 004 | X | X | A | Northwest Medical Rehabilitation Records Karen Stanek, MD, Ph.D | Stanek |   |
| 005 | X |   | A | Spokane Spychology and Neuropsychology Records, Brian R. Campbell, Ph.D (4/26/2019) | Stanek |   |
| 006 | X | X | A/R | Oregon Police Traffie Crash Report Adam Miller, OSP Trooper (09/04/2016) | Miller |   |
| 007 |   | X | A | Photographs from Oregon State Patrol (9/4/2016) | Miller |   |
| a | X |   | A | Photograph of crash scene | Annie Trent |   |
| b | X |   | A | Photograph of crash scene | Annie Trent |   |
| c |   | X | A | Photograph of crash scene | Wicher |   |
| d |   |   | A | Photograph of Defendant's car |   |   |
| e |   |   | A | Photograph of Defendant's car |   |   |
| f | X |   | A | Photograph of Defendant's car | Annie Trent |   |
| g |   |   | A | Photograph of Plaintiff's car |   |   |
| h |   |   | A | Photograph of car |   |   |

| | | | | | | |
|---|---|---|---|---|---|---|
| i | | | A | Photograph of car | | |
| j | | | A | Photograph of car | | |
| 008 | | | A | Photographs | | |
| a | | | A | Photograph of Plaintiff's car | | |
| b | | | A | Photograph of Plaintiff's car | | |
| c | | | A | Photograph of Plaintiff's car | | |
| d | | | A | Photograph of Plaintiff's car | | |
| e | | | A | Photograph of Plaintiff's car | | |
| 009 | | | A | Photograph of Plaintiff's car | | |
| 010 | | | A | Photograph of Plaintiff's car | | |
| 011 | X | | A | Plaintiff's Bechtel Assignment Information | Knigge | |
| 012 | X | X | A | Plaintiff's Bechtel Training History | Knigge | |
| 013 | | | A | Compensation Change Notice | | |
| 014 | X | | A | 2016 Total Compensation Statement. | Knigge | |
| 015 | | | A | Plaintiff's Compensation History Information | | |
| 016 | X | | A | Leave of Absence Request | Knigge | |
| a | | | A | Leave of Absence Request | | |
| b | | | A | Leave of Absence Request | | |
| c | | | A | Leave of Absence Request | | |
| d | | | A | Leave of Absence Request | | |
| e | | | A | Leave of Absence Request | | |
| f | | | A | Leave of Absence Request | | |
| g | | | A | Leave of Absence Request | | |
| h | | | A | Leave of Absence Request | | |
| i | | | A | Leave of Absence Request | | |
| j | | | A | Leave of Absence Request | | |
| 017 | | | A | Plaintiff's 2014 W-2 Statement | | |

| 018 | | | A | Plaintiff's 2015 W-2 Statement | | |
| 019 | | | A | Plaintiff's 2016 W-2 Statement | | |
| 020 | | | A | Plaintiff's 2017 W-2 Statement | | |
| 021 | | | A | Plaintiff's 2018 W-2 Statement | | |
| 022 | | | A | Plaintiff's 2019 W-2 Statement | | |
| 023 | | | A | Untitled | | |
| 024 | X | | A | Demonstrative | Stanek | |
| 025 | X | | A | Demonstrative | Stanek | |
| | | | | | | |
| | | | | | | |
| | | | | **Defendant's Exhibits** | | |
| 201 | | | A | Photographs from Oregon State Police (9/4/2016) | | |
| a | | | A | Photograph of the accident scene | | |
| b | | | A | Photograph of the accident scene | | |
| c | | | A | Photograph of Defendant's vehicle | | |
| d | | | A | Photograph of Defendant's vehicle | | |
| e | | | A | Photograph of Defendant's vehicle | | |
| f | | | A | Photograph of Plaintiff's vehicle | | |
| g | | | A | Photograph of Plaintiff's vehicle | | |
| h | | | A | Photograph of a vehicle | | |
| I | | | A | Photograph of a vehicle | | |
| j | | | A | Photograph of a vehicle | | |
| 202 | | X | A | Woodburn Ambulance Records | Wicher | |
| 203 | | X | A | Salem Hospital Records | Wicher | |
| 204 | | | A/R | Plaintiff's Pay Statements | | |
| 205 | | | A/R | Trent myTime | | |

| 206 | | X X | A/R | Selected Lourdes Counseling Records | Ford Wicher | |
|---|---|---|---|---|---|---|
| a | | | A/R | Intake from 5/26/2016 | | |
| b | | | A/R | Behavioral Health Evaluation, Karim S. Selah, MD (5/25/16) | | |
| c | | | A/R | Progress Note, Karim S. Saleh, MC (6/29/16) | | |
| d | | | A/R | Progress Note, Karim S. Saleh, MC (8/4/16) | | |
| e | | | A/R | Progress Note, Karim S. Saleh, MC (9/29/16) | | |
| f | | | A/R | Exit Form, Ronda Even (1/30/2018) | | |
| 207 | | | A | Selected Jonathan Wainwright VAMC Records | | |
| a | | | A | Primary Care Secure Message, Plaintiff (4/28/16) | | |
| b | | | A | Biopsychosocial Intake Linda S. Lindman (9/19/16) | | |
| c | | | A | Psychology Note, Linda S. Lindman (9/27/16) | | |
| 208 | | X | A | Selected Kadlec Medical Center Records | Stanek | |
| a | | X | A | Office Visit, Kai Jones, PA-C (5/04/15) | Stanek | |
| b | | X X | A | Office Visit, Serena Williams, ARNP (6/19/15) | Stanek Williams | |
| c | | X X | A | Office Visit, Serena Williams, ARNP (7/22/15) | Stanek Williams | |
| d | | X | A | Office Visit, Jacklyn Harrington, PA-C (10/30/15) | Stanek | |
| e | | X X | A | Office Visit, Serena Williams, ARNP (12/11/15) | Stanek Williams | |
| f | | X | A | Office Visit, Serena Williams, ARNP (1/6/15) | Stanek | |
| g | | X | A | Office Visit, Serena Williams, ARNP (5/4/16) | Stanek | |
| h | | X | A | Office Visit, Serena Williams, ARNP (8/1/16) | Stanek | |
| 209 | | X | A | 8/22/2022 Stanek Report - Unsigned | Stanek | |
| 210 | | X | A | 9/25/2022 Stanek Report | Stanek | |
| | | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **A -** Admitted; **A/R -** Admitted as Ordered Redacted; **N/A** - Not Admitted**; W/D -** Withdrawn ||||||||
| **Witnesses – 4/10/2023** |||||||
|  | X |  |  | Annie Trent – Direct – Cross - |  |  |
| **Witnesses – 4/11/2023** |||||||
|  | X |  |  | Karen Stanek, M.D., Ph.D – Direct – Cross - Redirect |  |  |
|  | X |  |  | Michael K. Turner – Direct – Cross - Redirect |  |  |
|  | X |  |  | Adam Miller – Direct – Cross - Redirect |  |  |
|  | X |  |  | Serena Williams – Direct – Cross - Redirect |  |  |
|  | X |  |  | Janice Ford – Direct – Cross |  |  |
| **Witnesses – 4/12/2023** |||||||
|  | X |  |  | Jessica Knigge – Direct – Cross - Redirect |  |  |
|  | X |  |  | Rachel Halley – Direct - Cross |  |  |
|  | X |  |  | Kimberly Trent – Direct |  |  |
|  |  | X |  | Leah Huffman – Direct - |  |  |
|  |  | X |  | Donna Wicher – Direct – Cross - Redirect |  |  |
| **Witnesses – 4/13/2023** |||||||
|  |  | X |  | Daniel Mangum – Direct – Cross - Redirect |  |  |