IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIMBERLY TRENT,**

    Plaintiff,

v.

**LEAH HUFFMAN,**

    Defendant.

Civil No. 6:17-cv-01906-MC

**VERDICT**

### SPECIAL VERDICT— CAUSATION, DAMAGES

Defendant has admitted negligence, but denies that her negligence caused damage to Plaintiff. All of you must agree to the answer for each of the following questions that you answer.

We, the jury, find:

1. Was the Defendant's negligence a cause of damages to the Plaintiff?

    ANSWER:     __X__          _____
                          YES              NO

If "yes," go to question 2.

If "no," your verdict is for the Defendant. Do not answer any more questions. Your presiding juror must sign this verdict form.

2. What are the Plaintiff's damages?

    ANSWER:  Economic Damages     $1,287,444.37       $3,500,000

                    Noneconomic Damages  $2,212,555.63

DATED: April  13  , 2023.

_____
Presiding Juror