IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY TRENT,<br><br>      Plaintiff,<br><br>      v.<br><br>LEAH HUFFMAN,<br><br>      Defendant. | Civ. No. 6:17-CV-01906-MC<br><br>JUDGMENT |

MCSHANE, Judge:

Based on the jury verdict, judgment entered in favor of plaintiff in the amount of $1,287,444.37 in economic damages and $2,212,555.63 in noneconomic damages for a total award of $3,5000,000.00.

IT IS SO ORDERED.

DATED this 14th day of April, 2023.

                                                              /s/ Michael J. McShane
                                                              Michael McShane
                                                         United States District Judge